Dickson, Appellant, *v.* Public Service Commission. (No. 2.)

Argued April 30, 1926. Appeal No. 124, April T., 1926, by protestant Charles A. Dickson, from order of The Public Service Commission of the Commonwealth of Pennsylvania. In re: Application of the Duquesne Light Company for the approval of the exercise of the right of eminent domain. Before PORTER, P. J., HENDERSON, TREXLER, KELLER, LINN, GAWTHROP and CUNNINGHAM, JJ. Affirmed.

OPINION BY CUNNINGHAM, J., July 8, 1926:

For the reasons given at length in an opinion this day handed down at No. 123, April Term, 1926, the assignments of error in this case are dismissed and the order of the Public Service Commission of the Commonwealth of Pennsylvania herein appealed from is affirmed.